■ In the Matter of ANETTA GWIAZDOWSKA, Respondent, v CEZARY GWIAZDOWSKI, Appellant. [23 NYS3d 899]—Appeal from an order of protection of the Family Court, Queens County (Anne-Marie Jolly, J.), dated December 15, 2014. The order of protection directed Cezary Gwiazdowski, inter alia, to stay away from the petitioner until and including December 15, 2016.

Ordered that the appeal is dismissed, without costs or disbursements.

It is the appellant's obligation to assemble a proper record on appeal (*see 425 E. 26th St. Owners Corp. v Beaton*, 128 AD3d 766, 767 [2015]; *Matter of Leichter-Kessler v Kessler*, 117 AD3d 825, 826 [2014]). Here, the appellant failed to provide all of the transcripts from the multiday fact-finding hearing. Under the circumstances, the papers provided were inadequate to enable this Court to render an informed decision on the merits regarding the appeal, and the appeal must be dismissed (*see Matter of Leichter-Kessler v Kessler*, 117 AD3d at 826). Dillon, J.P., Hall, Roman and Duffy, JJ., concur.